UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **AMTRUST INSURANCE COMPANY OF KANSAS** *Plaintiff,* v. **ADM GLOBAL, INC.** *Defendant.* | Case No.: 1:24-cv-08620 **JURY DEMAND** |

## STIPULATION TO DISMISS

It is hereby stipulated and agreed between the parties to the above-entitled action, that said action be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned pursuant to the Settlement and Release of All Claims.

Respectfully Submitted,

AMTRUST INSURANCE COMPANY OF KANSAS

By: */s/ Brad M. Gordon*

Brad M. Gordon
GROTEFELD HOFFMANN LLP (FIRM ID #219377)
311 South Wacker Drive, Suite 1500
Chicago, Illinois 60606
Telephone: (312) 551-0200
Facsimile: (312) 601-2402
Email: bgordon@ghlaw-llp.com

## CERTIFICATE OF SERVICE

I, Brad M. Gordon, hereby certify that I electronically filed the foregoing using the Court's electronic filing system on October 7, 2024, which will send notification to all counsel of record.

*/s/ Brad M. Gordon*